| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | PATRICK HEWSON, individually and on behalf of all others similarly situated, | No. C-05-2916-MHP |
| 13 | | STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |
| | Plaintiff, | |
| 14 | v. | |
| 15 | INTEL CORPORATION, a Delaware corporation, | |
| 16 | | |
| | Defendant. | |
| 17 | | |

WHEREAS, on July 18, 2005, Plaintiff filed the instant action in the Northern District of California ("Hewson Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Hewson Action has been identified as a related action subject to that motion;

1       WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2 relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3 all dates, events and deadlines in the action;

4       WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5       WHEREAS, the outcome of the MDL Motion may have a significant impact the

6 schedule of this case;

7       THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8 by and among counsel for Plaintiff Hewson, and counsel for Defendant Intel Corporation, that

9 any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12 applicable to this case should be stayed pending the outcome of the aforementioned MDL

13 Motion; and

14       IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15 management conference is rescheduled by the Court, the parties shall adjust the dates for any

16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18 accordingly.

19       IT IS HEREBY STIPULATED.

20 Dated: November 3, 2005       SCHUBERT & REED LLP

By: _____
Peter E. Borkon
Attorneys for Plaintiff
Patrick Hewson

2       Case No. C 05-2916 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2

| | | |
|---|---|---|
| 1 | Dated: November 16, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/_____ . |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant<br>Intel Corporation |
| 5 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2

## [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

**IT IS SO ORDERED.**

Dated: 11/17/2005

_____
Honorable [signature: Marilyn H. Patel]
United States District Judge

Case No. C 05-2916 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2